**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JORGE ROJANO CORONA,** | **Civil Action No. 25-17801 (MCA)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,** | |
| **Respondents.** | |

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) He is a citizen of Mexico who has allegedly lived in the United States since 2001 and has no criminal history and two United States citizen children. (*Id.* at 6.) He is currently detained without bond at Elizabeth Contract Detention Facility in Elizabeth, New Jersey[1] and seeks a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

On December 9, 2025, Respondents filed a letter response (ECF No. 5), stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025). The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*.

---

[1] The Court temporarily enjoined Petitioner's transfer on November 25, 2025 (ECF No. 3), but he was in the process of being moved to Texas at the time ICE was notified of the Order. (ECF No. 5, Answer at 2.) On December 11, 2025, Respondents filed a letter informing the Court that Petitioner had been returned to Elizabeth Contract Detention Facility. (ECF No. 6.)

**IT IS** on this 19th day of December 2025,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within seven days of the date of this Order; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome, upon which the Court will dissolve any temporary restraints and close the matter; and it is further

**ORDERED** that the Clerk shall send a copy of this Order to Petitioner at the address on file.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**