**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JORGE ROJANO CORONA,** | Civil Action No. 25-17801 (MCA) |
| **Petitioner,** | |
| v. | **ORDER** |
| **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,** | |
| **Respondents.** | |

This matter comes before the Court on Respondents' letter dated December 26, 2025, representing that Petitioner received a bond hearing pursuant to the Court's Order dated December 19, 2025, and was released on bond. (ECF No. 8.)

**IT IS, THEREFORE,** on this 29th day of January 2026;

**ORDERED** that the Temporary Restraining Order entered on November 25, 2025, which enjoined Petitioner's transfer or removal, is hereby **LIFTED**, and this matter shall be marked **CLOSED**; and it is further

**ORDERED** that the Clerk shall send a copy of this Order to Petitioner at the address on file.

_s/ Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States District Judge**